IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TROY WILLIAMS                                                                                          PETITIONER

V.                         CASE NO. 4:17-CV-00217-JM-JTK

MARY ATTEBURY, *Superintendent*
State of Missouri Department of Mental Health                              RESPONDENT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 6th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE